■ In the Matter of YAZALIN P. and Others, Children Alleged to be Abused. LINA B., Appellant; COMMISSIONER OF SOCIAL SERVICES OF THE CITY OF NEW YORK, Respondent. [680 NYS2d 530] —Order of disposition, Family Court, New York County (Rhoda Cohen, J.), entered on or about May 21, 1997, placing the subject children in foster care for 12 months, upon a fact-finding determination of abuse and derivative abuse, unanimously affirmed, without costs.

The finding that respondent allowed a sex offense to be committed against the child is supported by the child's unexplained vaginal and anal herpes (Family Ct Act § 1012 [e] [iii]; § 1046 [a] [ii]; *Matter of J.S.*, 215 AD2d 213, *lv denied* 86 NY2d 706; *Matter of Dutchess County Dept. of Social Servs. [Dawn B.]*, 185 AD2d 340). Respondent was properly precluded from cross-

examining petitioner's expert witness with respect to the contents of a manual that the witness did not accept as authoritative (*see, Ithier v Solomon*, 59 AD2d 935; *Kaplan v International Paint*, 250 AD2d 817). Concur—Rosenberger, J. P., Wallach, Rubin and Saxe, JJ.